AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Ezeagbor | ) | Case No. |
| D.O.B. XX/XX/XXXX | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____11/25/2015-1/25/2016____ in the county of _____ in the _____ District of ____Columbia____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | did knowingly conspire with Jong Woo Son to knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, including by computer, where the visual depiction involved the use of a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
signed telephonically
*Complainant's signature*

SA Darrell Franklin, HSI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: ____01/07/2019____

_____
*Judge's signature*

City and state:    ____Washington, D.C.____    Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*