# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Crim No. 19-MJ-0004 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL EZEAGBOR** | ) | Initial Arraignment: 1/29/19 |

## ORDER

Upon consideration of the Joint Motion to Continue Initial Arraignment, it is this ____ day of January, 2019,

ORDERED that:

The initial arraignment in the above captioned matter will be continued to February 28, 2019 at: ____.

_____
HONORABLE JUDGE DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA