## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Crim No. 19-MJ-0004** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL EZEAGBOR** | ) | |

## ORDER

Upon consideration of the Motion to Unseal, it is this_____day of January, 2019,

ORDERED that:

The above matter be unsealed.

_____
HONORABLE JUDGE DEBORAH A. ROBINSON
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JAN 2 5 2019

Clerk, U.S. District and
Bankruptcy Courts