**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NO. 19-MJ-0004 (DAR)** |
| | **:** |
| **v.** | **:** |
| | **:** |
| **MICHAEL EZEAGBOR,** | **: INITIAL ARRAIGNMENT: 1/29/19** |
| **Defendant.** | **:** |

**JOINT NOTICE OF AMENDED PROPOSED ORDER FOR ECF DOCUMENT #3**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, Joanne Slaight, respectfully files this Joint Amended Proposed Order for the Joint Motion to Continue Initial Arraignment, previously filed on January 24, 2019 as ECF Document #3.

Respectfully Submitted,

Jessie K. Liu
United States Attorney

_____/s/_____
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017