UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 19-MJ-0004 |
| | : |
| v. | : |
| | : |
| MICHAEL EZEAGBOR, | : ARRAIGNMENT: 4/8/19 |
| Defendant. | : |

## JOINT MOTION TO CONTINUE INITIAL ARRAIGNMENT

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, and the defendant, by and through his counsel, Joanne Slaight, respectfully request that the Court continue the defendant's initial arraignment to May 8, 2019 for the reasons provided below:

1. On January 8, 2019, the defendant was arrested pursuant to a District of Columbia arrest warrant that charged the defendant with one count of Conspiracy to Distribute Child Pornography. The defendant was arrested at his residence in Texas.

2. On January 9, 2019, the defendant was presented in the District Court for the Western District of Texas and he was detained pending a detention request by the government. A hearing was set for January 14, 2019.

3. On January 14, 2019, the defendant was released with the condition that he appear before the District Court for the District of Columbia on January 29, 2019 for his initial presentment.

4. On joint motion of the parties, the arraignment was continued to February 28, 2019.

5. On joint motion of the parties, the arraignment was further continued to April 10, 2019.

6. Government counsel and the defendant's Texas-appointed counsel, David Peterson, and the defendant's District of Columbia appointed counsel, Joanne Slaight, have been in discussions regarding plea negotiations and a Rule 20 waiver.

7. The parties are requesting that the defendant's initial arraignment, currently scheduled in the District Court for the District of Columbia for April 8, 2019, be continued to May 8, 2019.  The government has made a plea offer, and the defense has made a counter offer.  The parties need additional time to continue plea negotiations and attempt to resolve this case by way of a Rule 20 plea, which would be taken in the District Court for the Western District of Texas.

8. The defendant is autistic and has not traveled outside the state of Texas without his parents.  Accordingly, it would be in the best interest of the defendant if the parties are able to resolve this case by way of a Rule 20 plea to avoid the defendant having to travel to the District of Columbia unnecessarily.

9. Because of the benefit to the defendant and the need for additional time for the parties to negotiate a plea, the defendant, through defense counsel, has agreed to exclude time under the Speedy Trial Act until the next court date of May 8, 2019.

Wherefore, the parties request that the arraignment be continued to May 8, 2019.

Respectfully Submitted,

/s/
_____
Joanne Slaight, Bar no. 332866
Assistant United States Attorney
400 7th St, NW, Suite 206
Washington, D.C. 20004
(202) 408-2041


Jessie K. Liu
United States Attorney

/s/
_____
Lindsay Suttenberg
Assistant United States Attorney
D.C. Bar No. 978513
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-7017

3