UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-MJ-0004 (DAR) |
| ) | |
| MICHAEL EZEAGBOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a joint motion to continue Defendant's initial appearance in this case from May 8, 2019, to June 12, 2019. to allow additional time to engage in plea negotiations. They further seek to exclude time under the Speedy Trial Act from May 8, 2019, to June 12, 2019. Upon consideration of the joint motion, it is hereby

**ORDERED** that the initial appearance in the above-captioned case will be continued to June 12, 2019. It is further

**ORDERED** that, based upon the representation of the parties and all of the circumstances of this case, the ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, so that the time between May 8, 2019, and June 12, 2019, shall be excluded from any calculation of time under the Speedy Trial Act.

**SO ORDERED.**

Date: May 6, 2019

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE